UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Gregory Chamberlain<br>D/B/A FREEV<br><br>      Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and<br>AMAZON TECHNOLOGIES, INC.,<br><br>      Defendants | Case No. 2:23-cv-170 |

## COMPLAINT

This is an action for unfair competition and trademark infringement.

## THE PARTIES

1.      Plaintiff Gregory Chamberlain is an individual resident of Tyler, Texas.

2.      Defendant Amazon Technologies, Inc. is a Nevada corporation.

3.      Amazon Technologies, Inc.'s registered office in the State of Nevada is at 112 North Curry Street, Carson City, NV, 89703. Amazon Technologies, Inc.'s registered agent in the State of Nevada is Corporation Service Company.

4.      Amazon Technologies, Inc's principal place of business is at 410 Terry Avenue North, Seattle, Washington 98109.

5.      Defendant Amazon.com, Inc., is a Delaware corporation.

6.      Amazon.com, Inc.'s registered office in the State of Delaware is at 251 Little Falls Drive, Wilmington, Delaware 19808. Amazon.com, Inc.'s registered agent in the State of Delaware is Corporation Service Company.

7. Amazon.com, Inc.'s principal place of business is at 410 Terry Avenue North, Seattle, Washington 98109. Any reference in this complaint to "Amazon" means a reference to each of and both Defendants Amazon Technologies, Inc. and Amazon.com, Inc.

### FreeV

8. Gregory Chamberlain is the founder and sole proprietor of FreeV, a video, television, entertainment, and multimedia enterprise that has an Internet presence at freev.com, freev.org, and freev.net, Free-V.com, Free-V.net, Free-V.org, Freev.live, freev.biz, freev.co.uk, freev.uk and freev.tv. Mr. Chamberlain is the sole owner of the FreeV mark and all goodwill connected therewith.

9. Mr. Chamberlain has operated FreeV business and owned the Freev.com site since at least as early as March 2000. He also owns the FreeV.org and FreeV.net sites as well as other domain names.

10. Freev.com was registered by Mr. Chamberlain with ICANN on March 27, 2000.

11. According to FreeV.com, "FreeV" is a synonym for "FreeVideo."

12. FreeV operates across and within the United States. It has clients in several states. FreeV.com, FreeV.org and FreeV.net, for example, are accessible from every state.

13. Mr. Chamberlain has used the mark FreeV in interstate commerce since at least as early as March 27, 2000 for goods and services offered through and in connection with freev.com and the FreeV network of other video, television, entertainment, and multimedia websites.

14. The website freev.com contains a number of music videos and links to many music video channels. Several of the videos on freev.com and the music video channels contain advertisements for which the musical artists, or rights holder, get paid.

15. FreeV features curated entertainment content on its website pulled from the FreeV powered and operated network of curated music video websites including, but not limited to MusicTelevision.Com, LiveMusicTelevision.Com, TheIndies.Com, TheQuietStorm.Com, with many other niche genre entertainment websites listed on the side bar of FreeV and its various sites. FreeV operates these entertainment and music channels.

16. FreeV also provides a multi-faceted array of front and back end web services to clients who include major recording and theatrical artists, emerging recording and theatrical artists, entrepreneurs, leading global executives, family offices and their related companies and philanthropic efforts.

17. One segment of FreeV's existing/current web services portfolio includes providing concierge level intellectual property management and monitoring services, domain name registrations and portfolio management services through FreeV's Sub Registry Intellectual Property Management Service, as well as back-end DNS setup and ongoing management that including e-mail services for small to large enterprises.

18. World renowned musical and theatrical artists, and/or their estates (e.g. some of the biggest stars in the world), as well as music festivals, have paid Mr. Chamberlain's FreeV regularly for years for FreeV's services.

### FreeVee

19. Amazon has used a moniker in commerce, FreeVee, that is not only similar but audibly identical and textually nearly identical to Plaintiff's FreeV mark, in connection with the sale or advertising of goods or services.

20. "FreeVee" is confusingly similar to "FreeV."

21. Amazon "Freevee" is video service owned by Amazon that is free to consumers but supported by advertising.

22. On April 13, 2022, Amazon announced that it was re-branding its video service as "Amazon FreeVee" beginning on April 27, 2022.

23. Typing in "FreeVee.com" takes the searcher to Amazon Prime. This website states: "© 1996-2023, Amazon.com, Inc. or its affiliates."

24. Amazon has advertised FreeVee in more than one state.

25. Amazon provides its FreeVee service through the internet to consumers in more than one state

26. Amazon's advertising of FreeVee, and its advertising on FreeVee are commercial speech, made for the purpose of influencing consumers to use FreeVee and buy Amazon Prime memberships, as well as to sell advertising on FreeVee.

27. Amazon, in connection with its FreeVee service, uses "FreeVee" in commerce, which is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of FreeVee with plaintiff and/or or as to the origin, sponsorship, or approval of Amazon's goods, services, or commercial activities.

28. Amazon's FreeVee is causing reverse confusion and is likely causing consumers to mistakenly believe that Plaintiff's services are associated with Amazon.

29. Amazon FreeVee is not affiliated or connected with, and has not been endorsed or sponsored by FreeV, nor has FreeV approved of, or permitted, Amazon's services or use of Plaintiff's mark.

30. Amazon has been and is now using FreeVee, which is substantially indistinguishable from the FreeV mark in appearance, sound, meaning, and commercial impression.

31. Amazon FreeVee offers music videos that are free to consumers. See, e.g., www.freevee.com. *See, e.g.*, https://www.fiercevideo.com/video/vevo-brings-music-videos-back-linear-inks-fast-deal-amazons-freevee, which stated in December 2022: "The new music video channels coming to Amazon's Freevee include Vevo Pop, Vevo Country, Vevo Hip Hop, Vevo R&B, Vevo Latino, Vevo Reggaeton & Trap, Vevo '70s, Vevo '80s, Vevo '90s, Vevo '2K, and Vevo Holiday. Additional launches on the platform in European territories are teed up for 2023. It expands Vevo's relationship with Amazon as its app is already available on Fire TV and Echo Show." See also https://xite.pr.co/221288-global-music-video-platform-available-on-amazon.

32. Amazon FreeVee offers consumers a section within FreeVee called "Music Tastemakers" which contains music videos from, *e.g.*, Ellie Goulding, Stevie Nicks, Kurt Cobain, Luke Bryan, Lizzon, Eminem, Rihanna, Elvis, etc.

33. Amazon FreeVee offers consumers a section within FreeVee called "FreeVee-Watch Live" which contains music videos from, Vevo Pop, Vevo Country, Vevo Hip-Hop, Vevo 80's, etc.

34. According to press reports, "Amazon Freevee Is This Year's Biggest Streaming Success Story." *See, e.g.*, https://www.primetimer.com/bestof/amazon-freevee-2022-streaming-success-story, which reports:

> As once-dominant streamers struggle, Freevee is gaining serious momentum. . . . Amid all this negativity, there was one streaming success story this year: the rise of Amazon Freevee. What began as a rebranded version of Amazon's IMDb TV has transformed into a platform with distinctive, high-quality shows, giving the

ad-supported service its own singular identity at a time when the rest of streaming feels beholden to the algorithm.

35. Consumers that rely on the FreeV mark are likely to believe that Amazon's services are affiliated with FreeV and Mr. Chamberlain when in fact they are not.

36. When searching for "free v" Google returns "Amazon FreeVee" as the 1st through 4th results and does not return FreeV.com (or FreeV.org or FreeV.net, etc.).

37. When searching for "freev" Google returns "freev.com" as the first result, and Amazon FreeVee as the second result.

38. When searching for "free-v.com" Google returns "freev.com" as the first result, and Amazon FreeVee as the 2nd result and FreeV's Twitter account as the 3rd one.

39. When searching for "Free-V.Com" on DuckDockGo, Amazon FreeVee is the 2nd result and FreeV.com is the 10th result.

40. In fact, a few days after Amazon's FreeVee launched, friends, family, and investors contacted Mr. Chamberlain at FreeV because they were confused about whether FreeV was a part of Amazon.

41. Amazon Technologies, Inc. is attempting to register the stylized word "FREEVEE" by filing an application for registration at the USPTO on April 12, 2022, under application serial number 97359765 and is scheduled for publication by the USPTO for opposition on May 9, 2023.

42. Amazon Technologies, Inc. is attempting to register the word "FREEVEE" by filing an application for registration at the USPTO on April 12, 2022, under application serial number 97359776, which was published by the USPTO for opposition on March 21, 2023.

43. Plaintiff opposes Amazon's registration application serial number 97359776 and intends to oppose Amazon's three other pending applications for FREEVEE as they are published by the USPTO.

44. Amazon Technologies, Inc. is attempting to register the words "AMAZON FREEVEE" by filing an application for registration at the USPTO on April 12, 2022, under application serial number 97359794 and is scheduled for publication by the USPTO for opposition on May 9, 2023.

45. Amazon Technologies, Inc. is attempting to register the word "FREEVEE" by filing an application for registration at the USPTO on June 21, 2022, under application serial number 97469273.

46. On the day after that Amazon Technologies, Inc. first attempted to register the word "FREEVEE" at the USPTO on April 12, 2022, someone reached out to Mr. Chamberlain to ask if he had any interest in selling his domain name "Freev.com."

47. Amazon has been and is now aware of Mr. Chamberlain's use of the FreeV mark, and of the extensive goodwill associated with his mark.

48. For example, on June 30, 2022, FreeV's Mr. Chamberlain wrote:

Whilst my brand has not been for sale, before Amazon launched FreeVee, I have been considering an offer for my FreeV domain portfolio from a prominent Asian TMT conglomerate, which is an offer that is still on the table, despite Amazon's FreeVee launch.

49. For example, on November 14, 2022, Amazon's counsel at Kilpatrick Townsend wrote to attorneys for Mr. Chamberlain at FreeV that "Amazon declines to Mr. Chamberlain's request to negotiate the purchase of his domain portfolio and any accompanying rights."

## **JURISDICTION AND VENUE**

50. This is an action for trademark infringement and unfair competition arising under the Lanham Act § 1125 and for common law trademark infringement under the laws of the State of Texas.

51. The amount in controversy is more than $75,000.

52. This Court can exercise personal jurisdiction over Amazon Technologies, Inc. and Amazon.com Inc. Amazon has purposefully availed itself of the benefits and protections of Texas law by committing the torts and violations set forth herein in the State of Texas. In addition, Amazon has engaged in infringing acts directed towards Plaintiff, and have caused injury to Plaintiff, a Texas resident.

53. This Court has original and supplemental jurisdiction over this action.

54. This Court has subject matter jurisdiction of this action under Article III of the United States Constitution and 28 U.S.C. §1332(a)(1) because federal district courts have original jurisdiction of all civil actions where the matter in controversy exceeds the sum or value of $75,000 and is between citizens of different States.

55. This Court has original jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1332 and 1338(a) and (b); and 15 U.S.C. §§ 1116 and 1121. This Court has jurisdiction, pursuant to the principles of supplemental jurisdiction and 28 U.S.C. § 1367, over plaintiff's claims under the laws of the State of Texas set forth below.

56. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. § 1391(b) because: (1) a substantial part of the property that is the subject of the action is situated in this district; (2) Amazon does business in Texas, including through Amazon FREEVEE; and (3) a substantial part of the events or omissions giving rise to the claims occurred in this district.

## COUNT I
## COUNT ONE – UNFAIR COMPETITION
## 15 U.S.C. § 1125(a)

57. Plaintiff incorporates by reference the paragraphs above as if fully set forth herein.

58. Amazon's use of "FreeVee" in commerce is a false and misleading designation of origin because it suggests that "FreeVee" is associated with FreeV.

59. Amazon's use of FreeVee is likely to cause confusion, including reverse confusion, as to the affiliation, connection or association of defendant with plaintiff, and as to the origin, sponsorship, or approval of defendant's goods, services or commercial activities by plaintiff.

60. Consumers are likely to be confused and deceived as to whether Amazon's services are in some way connected with, licensed, authorized, certified by, or affiliated with Plaintiff.

61. Amazon's infringing "FreeVee" moniker is spelled almost identically to Plaintiff's FreeV mark. Amazon's infringing "FreeVee" moniker is pronounced and sounds exactly the same as Plaintiff's FreeV mark.

62. Likelihood of confusion is enhanced by the fact that both websites offer music channels and music videos that are free to the consumer and supported by advertising.

63. Amazon's use of FreeVee has actually caused confusion, mistake, and deception as to Plaintiff's services.

64. Amazon's actions have and will continue to injure and damage plaintiff and the goodwill and reputation symbolized by the FreeV mark.

65. Amazon has had actual notice of Plaintiff's FreeV mark and of Amazon's infringement of the mark since at least May 2022, and likely much earlier.

66. Amazon has refused to honor the FreeV mark.

67. Amazon's acts were knowing, deliberate, and willful.

68. Amazon's intentional and willful infringement is exceptional.

69. Monetary relief is not sufficient to fully address the irreparable injury that Amazon's unlawful use of the "FREEVEE" moniker have caused and will continue to cause Plaintiff, absent an injunction. Accordingly, Plaintiff is entitled to permanent injunctive relief.

70. Plaintiff is entitled to injunctive relief; an accounting for profits; damages, including the possibility of treble damages, entitling plaintiff to an award of treble damages, disgorgement of Amazon's profits, and attorneys' fees and costs in bringing and maintaining this action.

## COUNT II
## TEXAS TRADEMARK INFRINGEMENT
## BUSINESS AND COMMERCE CODE
## TITLE 2. CHAPTER 16.

71. Plaintiff incorporates the allegations in Paragraphs 69 above as if set forth fully herein.

72. FreeV is used and displayed in Texas in connection with selling or advertising FreeV's services.

73. FreeV provides services in Texas, including through FreeV.com.

74. FreeV seeks an injunction, all profits derived from or damages resulting from Amazon's wrongful acts, treble damages, and attorneys' fees.

## COUNT IV
## TEXAS DECEPTIVE TRADE PRACTICES ACT
## BUSINESS AND COMMERCE CODE
## TITLE 2. CHAPTER 17.

75. Plaintiff incorporates the allegations in Paragraphs 73 above as if set forth fully herein.

76. Under §17.46, Texas law forbids passing off goods or services as those of another and causing confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods or services.

77. Amazon is liable for actual damages, court costs, and attorney's fees, as well as exemplary damages.

## COUNT V
## TEXAS COMMON LAW UNFAIR COMPETITION

78. Plaintiff incorporates the allegations in Paragraphs 76 above as if set forth fully herein.

79. Amazon's illegal naming of its FREEVEE product constitutes unfair competition and false designation of origin, as described herein. Amazon's conduct is deceptive or fraudulent and is likely to cause consumer confusion.

80. Amazon's conduct is in willful disregard of Plaintiff's valuable rights and property in the FreeV marks.

81. Amazon's actions have caused and will continue to cause irreparable injury and damage to Plaintiff unless Amazon is enjoined from using the FREEVEE name.

## JURY DEMAND

Plaintiff demands a trial by jury on all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff requests that this Court enter judgment in its favor and against Amazon as follows:

April 14, 2023

Respectfully submitted,

By: /s/ *Alison Aubry Richards*

Alison Aubry Richards
(IL Bar # 6285669, *also admitted in ED Texas*)
Global IP Law Group, LLC
55 W. Monroe St., Ste. 3400
Chicago, Illinois 60603
Phone: 312.241.1500
arichards@giplg.com

Melissa R. Smith
(Texas Bar No. 24001351)
GILLAM SMITH LLP
303 South Washington Avenue
Marshall, Texas 75670
Tel: (903) 934-8450
Fax: (903) 934-9257
melissa@gillamsmithlaw.com

*Attorneys for Plaintiff, Gregory Chamberlain D/B/A FREEV*

## CERTIFICATE OF SERVICE

The undersigned certifies that this document is being served by a process server to Corporation Service Company, the registered agent for Amazon Technologies, Inc. at 112 North Curry Street, Carson City, NV, 89703 and to Corporation Service Company, the registered agent for Amazon.com, Inc. at 251 Little Falls Drive, Wilmington, Delaware 19808.

*/s/ Alison Aubry Richards*
*Attorney for Plaintiff*