IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| Gregory Chamberlain D/B/A FREEV, § § *Plaintiff*, § § v. § § AMAZON.COM, INC., AMAZON § TECHNOLOGIES, INC., and § AMAZON.COM SERVICES LLC, § § *Defendants*. § | CIVIL ACTION NO. 2:23-CV-00170-JRG-RSP |

## ORDER

Before the Court is the Stipulation of Dismissal Pursuant to Rule 41(a)(1)(A)(ii) (the "Stipulation") filed by Plaintiff Gregory Chamberlain D/B/A FREEV ("Plaintiff") and Defendants AMAZON.COM, INC., AMAZON TECHNOLOGIES, INC., and AMAZON.COM SERVICES LLC ("Defendants" and with Plaintiff, the "Parties"). (Dkt. No. 114.) In the Stipulation, the Parties stipulate to the dismissal of the above-captioned case **WITH PREJUDICE** under Rule 41(a)(1)(A)(ii). (*Id*. at 1.)

Having considered the Stipulation, the Court **ACCEPTS AND ACKNOWLEDGES** that the above-captioned case is **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case, as no other defendants remain.

**So Ordered this**

**Nov 15, 2024**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE